FILED

NOV 2 7 2019

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:_____ Deputy Clerk

HASAN MUSTAFA
7685 STONEY CREEK CT
HIGHLAND, CA 92346

Defendant, In Pro Per

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re HASAN MUSTAFA ) | **CIVIL ACTION NUMBER:** |
| ) | |
| ) | **6:19-BK-19432-WJ** |
| ) | |
| ) | |
| US BANK NATIONAL ASSOCIATION ) | Removed from San Bernardino |
| ) | Superior Court of California |
| Plaintiff, ) | Case No.: UDFS1903219 |
| vs. ) | |
| ) | |
| LAWERENCE DEAN WHITE, an ) | |
| individual , PATRICIA A WHITE, an ) | |
| individual, HASAN MUSTAFSA, an ) | |
| individual, and DOES 1 to 10, inclusive ) | |
| ) | |
| Defendant. | |

## DEFENDANTS NOTICE OF REMOVAL

1.      Defendant HASSAN MUSTAFA (hereinafter "Defendant") was forced to file

this Federal removal to stay an unlawful detainer summons filed against his home.

Plaintiff was able to prevent Defendant from presenting evidence and facts to the court that would have proven constructive fraud had been committed against the state of California, the SAN BERNARDINO Recorder's Office and the FONTANA COURTHOUSE.

2.    In the state court of limited jurisdiction Defendant is prevented in raising the issue of title, while Plaintiffs can state that they have duly perfected title.

3.    Plaintiff filed a Summons Complaint JUNE 10, 2019. (exhibit "A")

4.    Defendant had not filed an answer.

5.    PLAINTIFF is a citizen of Minnesota

6.    Issues at hand exceed $70,000.

Respectfully submitted,

By: _____

HASAN MUSTAFA, In Pro per

**SUM-130**

# SUMMONS
## *(CITACION JUDICIAL)*
### UNLAWFUL DETAINER—EVICTION
### *(RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)*



**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

F I L E D
SUPERIOR COURT
COUNTY OF SAN BERNARDINO

JUN 1 0 2019

By_____
Stephani Hernandez   Deputy

**NOTICE TO DEFENDANT:** Lawrence Dean White, an individual;
*(AVISO AL DEMANDADO):*

Patricia A. White, an individual; and DOES 1 to 10, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
U.S. Bank National Association

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| 1. The name and address of the court is: *(El nombre y dirección de la corte es):* | **CASE NUMBER:** *(Número del caso):* **CIVDS 1903219** |

Superior Court of California, County of San Bernardino, 17780 Arrow Boulevard, Fontana, CA 92335

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

The Mortgage Law Firm, PLC, 27455 Tierra Alta Way, Suite B, Temecula, CA 92590  (619) 465-8200

3. *(Must be answered in all cases.)* An unlawful detainer assistant (Bus. & Prof. Code, §§ 6400-6415) [✓] did not [ ] did for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

| | | |
|---|---|---|
| Date: *(Fecha)* JUN 1 0 2019 | Clerk, by *(Secretario)* Stephani Hernandez | , Deputy *(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

4. NOTICE TO THE PERSON SERVED: You are served
   a. [X] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as an occupant
   d. [ ] on behalf of *(specify):*
      under: [ ] CCP 416.10 (corporation)   [ ] CCP 416.60 (minor)
      [ ] CCP 416.20 (defunct corporation)   [ ] CCP 416.70 (conservatee)
      [ ] CCP 416.40 (association or partnership)   [ ] CCP 416.90 (authorized person)
      [ ] CCP 415.46 (occupant)   [ ] other *(specify):*
5. [ ] by personal delivery on *(date):*

[SEAL]

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. July 1, 2009]

**SUMMONS—UNLAWFUL DETAINER—EVICTION**

Page 1 of 2

Code of Civil Procedure, §§ 412.20, 415.456, 1167
*www.courtinfo.ca.gov*

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| James F. Lewin (SBN 140268)<br>The Mortgage Law Firm, PLC<br>27455 Tierra Alta Way, Suite B<br>Temecula, CA 92590 | **FILED**<br>SUPERIOR COURT<br>COUNTY OF San Bernardino<br><br>JUN 7 0 2019<br><br>By _____ Deputy<br>Stephani Hernandez |

TELEPHONE NO.: (619) 465-8200   FAX NO.: (951) 225-4073
ATTORNEY FOR *(Name):* Plaintiff U.S. Bank National Associaiton

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  San Bernardino
STREET ADDRESS: 17780 Arrow Boulevard
MAILING ADDRESS:
CITY AND ZIP CODE: Fontana, CA 92335
BRANCH NAME: Fontana District

CASE NAME:
U.S. Bank National Association v. Lawrence Dean White, et al.

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: |
|---|---|---|---|---|
| ☐ Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | ☑ Limited<br>(Amount<br>demanded is<br>$25,000 or less) | ☐ Counter   ☐ Joinder<br><br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | **UDF S 1903219**<br><br>JUDGE:<br><br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation |
|---|---|---|
| ☐ Auto (22) | ☐ Breach of contract/warranty (06) | (Cal. Rules of Court, rules 3.400–3.403) |
| ☐ Uninsured motorist (46) | ☐ Rule 3.740 collections (09) | ☐ Antitrust/Trade regulation (03) |
| **Other PI/PD/WD (Personal Injury/Property** | ☐ Other collections (09) | ☐ Construction defect (10) |
| **Damage/Wrongful Death) Tort** | ☐ Insurance coverage (18) | ☐ Mass tort (40) |
| ☐ Asbestos (04) | ☐ Other contract (37) | ☐ Securities litigation (28) |
| ☐ Product liability (24) | **Real Property** | ☐ Environmental/Toxic tort (30) |
| ☐ Medical malpractice (45) | ☐ Eminent domain/Inverse | ☐ Insurance coverage claims arising from the |
| ☐ Other PI/PD/WD (23) | condemnation (14) | above listed provisionally complex case |
| **Non-PI/PD/WD (Other) Tort** | ☐ Wrongful eviction (33) | types (41) |
| ☐ Business tort/unfair business practice (07) | ☐ Other real property (26) | **Enforcement of Judgment** |
| ☐ Civil rights (08) | **Unlawful Detainer** | ☐ Enforcement of judgment (20) |
| ☐ Defamation (13) | ☐ Commercial (31) | **Miscellaneous Civil Complaint** |
| ☐ Fraud (16) | ☑ Residential (32) | ☐ RICO (27) |
| ☐ Intellectual property (19) | ☐ Drugs (38) | ☐ Other complaint *(not specified above)* (42) |
| ☐ Professional negligence (25) | **Judicial Review** | **Miscellaneous Civil Petition** |
| ☐ Other non-PI/PD/WD tort (35) | ☐ Asset forfeiture (05) | ☐ Partnership and corporate governance (21) |
| **Employment** | ☐ Petition re: arbitration award (11) | ☐ Other petition *(not specified above)* (43) |
| ☐ Wrongful termination (36) | ☐ Writ of mandate (02) | |
| ☐ Other employment (15) | ☐ Other judicial review (39) | |

2. This case ☐ is   ☑ is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the
   factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties       d. ☐ Large number of witnesses
   b. ☐ Extensive motion practice raising difficult or novel   e. ☐ Coordination with related actions pending in one or more courts
        issues that will be time-consuming to resolve              in other counties, states, or countries, or in a federal court
   c. ☐ Substantial amount of documentary evidence           f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. ☐ monetary   b. ☑ nonmonetary; declaratory or injunctive relief   c. ☐ punitive
4. Number of causes of action *(specify):* One
5. This case ☐ is   ☑ is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 6/7/19

JAMES F. LEWIN
(TYPE OR PRINT NAME)                                      ▶ *James Lewin*
                                                          (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property
    Damage/Wrongful Death
Uninsured Motorist (46) (*if the
    case involves an uninsured
    motorist claim subject to
    arbitration, check this item
    instead of Auto*)

**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/
        Wrongful Death
Product Liability (*not asbestos or
    toxic/environmental*) (24)
Medical Malpractice (45)
    Medical Malpractice–
        Physicians & Surgeons
    Other Professional Health Care
        Malpractice
Other PI/PD/WD (23)
    Premises Liability (e.g., slip
        and fall)
    Intentional Bodily Injury/PD/WD
        (e.g., assault, vandalism)
    Intentional Infliction of
        Emotional Distress
    Negligent Infliction of
        Emotional Distress
    Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
    Practice (07)
Civil Rights (e.g., discrimination,
    false arrest) (*not civil
    harassment*) (08)
Defamation (e.g., slander, libel)
    (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice
        (*not medical or legal*)
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
    Breach of Rental/Lease
        Contract (*not unlawful detainer
            or wrongful eviction*)
    Contract/Warranty Breach–Seller
        Plaintiff (*not fraud or negligence*)
    Negligent Breach of Contract/
        Warranty
    Other Breach of Contract/Warranty
Collections (e.g., money owed, open
    book accounts) (09)
    Collection Case–Seller Plaintiff
    Other Promissory Note/Collections
        Case
Insurance Coverage (*not provisionally
    complex*) (18)
    Auto Subrogation
    Other Coverage
Other Contract (37)
    Contractual Fraud
    Other Contract Dispute

**Real Property**
Eminent Domain/Inverse
    Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property (*not eminent
        domain, landlord/tenant, or
        foreclosure*)

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) (*if the case involves illegal
    drugs, check this item; otherwise,
    report as Commercial or Residential*)

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court
        Case Matter
    Writ–Other Limited Court Case
        Review
Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor
        Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
    (*arising from provisionally complex
    case type listed above*) (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
    Abstract of Judgment (Out of
        County)
    Confession of Judgment (*non-
        domestic relations*)
    Sister State Judgment
    Administrative Agency Award
        (*not unpaid taxes*)
    Petition/Certification of Entry of
        Judgment on Unpaid Taxes
    Other Enforcement of Judgment
        Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint (*not specified
    above*) (42)
    Declaratory Relief Only
    Injunctive Relief Only (*non-
        harassment*)
    Mechanics Lien
    Other Commercial Complaint
        Case (*non-tort/non-complex*)
    Other Civil Complaint
        (*non-tort/non-complex*)

**Miscellaneous Civil Petition**
Partnership and Corporate
    Governance (21)
Other Petition (*not specified
    above*) (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult
        Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief From Late
        Claim
    Other Civil Petition

CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Page 2 of 2

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO

U.S. Bank National Association

CASE NO.: **UDFS1903219**

vs.

**CERTIFICATE OF ASSIGNMENT**

Lawrence Dean White

A civil action or proceeding presented for filing must be accompanied by this Certificate. If the ground is the residence of a party, name and residence shall be stated.

The undersigned declares that the above-entitled matter is filed for proceedings in the
Fontana _____ District of the Superior Court under Rule 404 of this court for the checked reason:

■ General          ☐ Collection

| | Nature of Action | Ground |
|---|---|---|
| ☐ | 1. Adoption | Petitioner resides within the district |
| ☐ | 2. Conservator | Petitioner or conservatee resides within the district. |
| ☐ | 3. Contract | Performance in the district is expressly provided for. |
| ☐ | 4. Equity | The cause of action arose within the district. |
| ☐ | 5. Eminent Domain | The property is located within the district. |
| ☐ | 6. Family Law | Plaintiff, defendant, petitioner or respondent resides within the district. |
| ☐ | 7. Guardianship | Petitioner or ward resides within the district or has property within the district. |
| ☐ | 8. Harassment | Plaintiff, defendant, petitioner or respondent resides within the district. |
| ☐ | 9. Mandate | The defendant functions wholly within the district. |
| ☐ | 10. Name Change | The petitioner resides within the district. |
| ☐ | 11. Personal Injury | The injury occurred within the district. |
| ☐ | 12. Personal Property | The property is located within the district. |
| ☐ | 13. Probate | Decedent resided or resides within the district or had property within the district. |
| ☐ | 14. Prohibition | The defendant functions wholly within the district. |
| ☐ | 15. Review | The defendant functions wholly within the district. |
| ☐ | 16. Title to Real Property | The property is located within the district. |
| ☐ | 17. Transferred Action | The lower court is located within the district. |
| ☒ | 18. Unlawful Detainer | The property is located within the district. |
| ☐ | 19. Domestic Violence | The petitioner, defendant, plaintiff or respondent resides within the district. |
| ☐ | 20. Other | |
| ☐ | 21. THIS FILING WOULD | NORMALLY FALL WITHIN JURISDICTION OF SUPERIOR COURT |

The address of the accident, performance, party, detention, place of business, or other factor which qualifies this case for filing in the above-designed district is:

Property Address

| NAME – INDICATE TITLE OR OTHER QUALIFYING FACTOR | 7685 Stoney Creek Court |
|---|---|
| | ADDRESS |
| Highland | CA | 92346 |
| CITY | STATE | ZIP CODE |

I declare, under penalty of perjury, that the foregoing is true and correct and that this declaration was executed on June 7, 2019 _____ at Temecula _____, California

_James Lewis_ (signature)

Signature of Attorney/Party

### CERTIFICATE OF ASSIGNMENT

13-16503-360,
Rev 06-2014 Mandatory

SUM-130

| PLAINTIFF *(Name)*: U.S. Bank National Association | CASE NUMBER: |
|---|---|
| DEFENDANT *(Name)*: Lawrence Dean White, et al. | |

6.  **Unlawful detainer assistant** *(complete if plaintiff has received any help or advice for pay from an unlawful detainer assistant)*:

   a.  Assistant's name:

   b.  Telephone no.:

   c.  Street address, city, and zip:

   d.  County of registration:

   e.  Registration no.:

   f.  Registration expires on *(date)*:

**NOTICE:** EVERYONE WHO LIVES IN THIS RENTAL UNIT MAY BE EVICTED BY COURT ORDER. READ THIS FORM IF YOU LIVE HERE AND IF YOUR NAME IS NOT ON THE ATTACHED SUMMONS AND COMPLAINT.
1. If you live here and you do not complete and submit this form within 10 days of the date of service shown on this form, you will be evicted without further hearing by the court along with the persons named in the Summons and Complaint.
2. If you file this form, your claim will be determined in the eviction action against the persons named in the Complaint.
3. If you do not file this form, you will be evicted without further hearing.

| CLAIMANT OR CLAIMANT'S ATTORNEY *(Name and Address):* | TELEPHONE NO.: | *FOR COURT USE ONLY* |
|---|---|---|
| ATTORNEY FOR *(Name):* | | |

NAME OF COURT: Superior Court of California, Fontana District
STREET ADDRESS: 17780 Arrow Boulevard
MAILING ADDRESS:
CITY AND ZIP CODE: Fontana, CA 92335
BRANCH NAME: Fontana District
PLAINTIFF: U.S. Bank National Association

DEFENDANT: Lawrence Dean White, et al.

| PREJUDGMENT CLAIM OF RIGHT TO POSSESSION | CASE NUMBER: UDFS1903219 |
|---|---|

| Complete this form only if ALL of these statements are true: 1. You are NOT named in the accompanying Summons and Complaint. 2. You occupied the premises on or before the date the unlawful detainer (eviction) Complaint was filed. 3. You still occupy the premises. | *(To be completed by the process server)* DATE OF SERVICE: *(Date that this form is served or delivered, and posted, and mailed by the officer or process server)* |
|---|---|

I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY:
1. My name is *(specify):*

2. I reside at *(street address, unit No., city and ZIP code):*

3. The address of "the premises" subject to this claim is *(address):*

4. On *(insert date):* [＿＿＿＿＿＿＿＿＿＿＿＿], the landlord or the landlord's authorized agent filed a complaint to recover possession of the premises. *(This date is the court filing date on the accompanying Summons and Complaint.*

5. I occupied the premises on the date the complaint was filed *(the date in item 4).* I have continued to occupy the premises ever since.

6. I was at least 18 years of age on the date the complaint was filed *(the date in item 4).*

7. I claim a right to possession of the premises because I occupied the premises on the date the complaint was filed *(the date in item 4).*

8. I was not named in the Summons and Complaint.

9. I understand that if I make this claim of right to possession, I will be added as a defendant to the unlawful detainer (eviction) action.

10. *(Filing fee)* I understand that I must go to the court and pay a filing fee of $＿＿＿＿＿＿ or file with the court the form "Application for Waiver of Court Fees and Costs." I understand that if I don't pay the filing fee or file with the court the form for waiver of court fees within 10 days from the date of service on this form (excluding court holidays), I will not be entitled to make a claim of right to possession.

*(Continued on reverse)*

| CP10.5 [New January 1, 1991] | PREJUDGMENT CLAIM OF RIGHT TO POSSESSION | Code of Civil Procedure §§ 415.46, 715.010, 715.020, 1174.25 |
|---|---|---|

| PLAINTIFF (Name): U.S. Bank National Association | CASE NUMBER: |
|---|---|
| DEFENDANT (Name): Lawrence Dean White, et al. | |

**NOTICE: If you fail to file this claim, you will be evicted without further hearing.**

11. *(Response required within five days after you file this form).* I understand that I will have *five days* (excluding court holidays) to file a response to the Summons and Complaint after I file this Prejudgment Claim of Right to Possession form.

12. Rental agreement. I have *(check all that apply to you):*
   a. ☐ an oral rental agreement with the landlord.
   b. ☐ a written rental agreement with the landlord.
   c. ☐ an oral rental agreement with a person other than the landlord.
   d. ☐ a written rental agreement with a person other than the landlord.
   e. ☐ other *(explain)*:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**WARNING: Perjury is a felony punishable by imprisonment in the state prison.**

Date:

.......................................................
        (TYPE OR PRINT NAME)            ▶                (SIGNATURE OF CLAIMANT)

**NOTICE:** If you file this claim of right to possession, the unlawful detainer (eviction) action against you will be determined at trial. At trial, you may be found liable for rent, costs, and, in some cases, treble damages.

## — NOTICE TO OCCUPANTS —

**YOU MUST ACT AT ONCE** if all the following are true:
  1. You are NOT named in the accompanying Summons and Complaint.
  2. You occupied the premises on or before the date the unlawful detainer (eviction) complaint was filed. *(The date is the court filing date on the accompanying Summons and Complaint.)*
  3. You still occupy the premises.

*(Where to file this form)*    You can complete and SUBMIT THIS CLAIM FORM WITHIN 10 DAYS from the date of service (on the reverse of this form) at the court where the unlawful detainer (eviction) complaint was filed.

*(What will happen if you do not file this form)*    If you do not complete and submit this form and pay a filing fee or file the form for proceeding in forma pauperis if you cannot pay the fee), YOU WILL BE EVICTED.

After this form is properly filed, you will be added as a defendant in the unlawful detainer (eviction) action and your right to occupy the premises will be decided by the court. *If you do not file this claim, you will be evicted without a hearing.*

1  James F. Lewin (SBN 140268)
   **THE MORTGAGE LAW FIRM, PLC**
2  27455 Tierra Alta Way, Suite. B
   Temecula, California 92590
3  Telephone: (619) 465-8200
   Facsimile: (951) 225-4073
4
   Attorneys for Plaintiff
5  U.S. BANK NATIONAL ASSOCIATION

F I L E D
SUPERIOR COURT
COUNTY OF SAN BERNARDINO

JUN 1 6 2019

By _____
Stephanie Bernarder    Deputy

6

7

8                **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9                   **FOR THE COUNTY OF SAN BERNARDINO**

10

11                                              CASE NO.: **UDFS1903219**
   U.S. BANK NATIONAL ASSOCIATION,
12                                              COMPLAINT FOR UNLAWFUL
              Plaintiff,                        DETAINER
13                                              [C.C.P. § 1161a(b)(3)]
       vs.
14                                              **AMOUNT DEMANDED DOES NOT**
   LAWRENCE DEAN WHITE, an individual;          **EXCEED $10,000**
15 PATRICIA A. WHITE, an individual; and
   DOES 1 to 10 inclusive,                      LIMITED CIVIL CASE
16
17            Defendants.
18  _____

19        Plaintiff, U.S. BANK NATIONAL ASSOCIATION, alleges:

20        1.    At all relevant times, Plaintiff, U.S. BANK NATIONAL ASSOCIATION,

21  ("Plaintiff"), was the owner of record of and entitled to possession of the real property located at

22  7685 Stoney Creek Court, Highland, CA 92346 (hereinafter "Property").

23        2.    The Property is located within the County of San Bernardino, State of California.

24        3.    Plaintiff is informed and believes that Defendants Lawrence Dean White, an

25  individual, and Patricia A. White, an individual, are presently and at all relevant times were residents

26  of the County of San Bernardino, State of California.

27        4.    The true names and capacities, whether individual, corporate, associate, or otherwise

28  of the Defendants in occupancy named herein as DOES 1 through 10 are unknown to the Plaintiff,

                                         1
                   COMPLAINT FOR UNLAWFUL DETAINER

1   who therefore sues said Defendants by such fictitious names. Plaintiff will amend this Complaint to

2   show the true names and capacities of such DOE Defendants when they have been ascertained.

3        5.     Plaintiff is informed and believes that Defendant Lawrence Dean White, an

4   individual, and Patricia A. White, an individual, ("Defendants") are in possession of the Property.

5        6.     Prior to the commencement of this action, title to the subject Property was vested in

6   the name or names of Lawrence Dean White and Patricia A. White, the original Trustor under a

7   Deed of Trust, which was secured by the Property recorded in the official records of San Bernardino

8   County, California. The Deed of Trust contained a power of sale clause that allowed the Trustee to

9   proceed with a non-judicial foreclosure upon default. Plaintiff purchased the property at a Trustee's

10  Sale held on December 31, 2018. Plaintiff's title has been duly perfected by recording the Trustee's

11  Deed Upon Sale, a copy of which is attached hereto as Exhibit "A" and incorporated herein by

12  reference.

13       7.     After Plaintiff obtained legal title to the Property, Plaintiff caused to be served on the

14  Defendants a Notice to Quit ("Notice"). The Notice to Quit gave any tenant or subtenant ninety (90)

15  days in which to vacate the Property and the previous owner or any other occupant three (3) days in

16  which to vacate the Property upon service of the Notice. A true and correct copy of the Notice is

17  attached hereto as Exhibit "B" and incorporated herein by reference.

18       8.     The Notice was served in compliance with Section 1162 of the Code of Civil

19  Procedure. A copy of the Proof of Service of the Notice is attached hereto as Exhibit "C" and

20  incorporated herein by reference.

21       9.     The Defendants failed to comply with the requirements of the Notice which has

22  expired. The Defendants continue in possession of the property unlawfully after expiration of the

23  Notice without the consent or permission of the Plaintiff.

24       10.    The reasonable value for use and occupancy of the property is $30.00 per day.

25       11.    Plaintiff has performed all the necessary actions and given all the notices required to

26  bring this unlawful detainer action.

27       12.    Attached hereto as Exhibit "D" is a true and correct copy of the Affidavit of Military

28  Status and supporting documents.

COMPLAINT FOR UNLAWFUL DETAINER

1      WHEREFORE, Plaintiff prays for Judgment against Defendants as follows:

2      a)    For restitution and possession of the Property;

3      b)    For damages at the rate of $30.00 per day, from and including December 31, 2018,

4  for each day that Defendants continue in possession of the Property up to the date of the Judgment;

5      c)    For costs of suit herein; and

6      d)    For such other relief as the Court deems just and proper.

7

8  Dated:  June 7, 2019                 THE MORTGAGE LAW FIRM, PLC

9

10                          By:

11                          JAMES F. LEWIN
                            Attorneys for Plaintiff U.S. BANK NATIONAL

12                          ASSOCIATION

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

COMPLAINT FOR UNLAWFUL DETAINER

1

## VERIFICATION

2

State of California       )

3

<u>County of Riverside   )</u>

4

5      I, James F. Lewin, am the attorney for U.S. BANK NATIONAL ASSOCIATION, the

6  Plaintiff in this action. Such party is absent from the County where I maintain my office, and I make

7  the verification for and on behalf of that party for that reason. I have read the foregoing Complaint

8  for Unlawful Detainer and accompanying documents therein and know their contents. I am

9  informed and believe and on that basis allege that the matters stated therein are true and correct.

10      I declare under penalty of perjury under the laws of the State of California that the foregoing

11  is true and correct.

12      Executed on June 7, 2019, at Temecula, California.

13

14  Dated:  June 7, 2019           THE MORTGAGE LAW FIRM, PLC

15

16                  By: _____

17                     JAMES F. LEWIN

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR UNLAWFUL DETAINER

# EXHIBIT "A"

WHEN RECORDED MAIL TO:
.US Bank
4801 Frederica Street
Owensboro, KY 42301

MAIL TAX STATEMENTS TO:
US Bank
4801 Frederica Street
Owensboro, KY 42301



Electronically Recorded in Official Records, County of San Bernardino    1/07/2019
03:23 PM
SG

**BOB DUTTON**
ASSESSOR - RECORDER - CLERK
402 Pacific Coast Title Company

Doc# **2019-0005645**

| Titles 1 | | Pages 3 |
|---|---|---|
| Fees | | 30.00 |
| Taxes | | .00 |
| CA SB2 Fee | | 75.00 |
| Others | | .00 |
| Paid | | 105.00 |

---

_____ Space Above This Line For Recorder's Use _____

Trustee Sale No. ▮▮▮▮                    R&T ▮▮▮▮

# TRUSTEE'S DEED UPON SALE

APN 1201-121-16-0-000     T.R.A. No ▮▮▮▮          R&T ▮▮▮▮
The undersigned grantor declares:
   1)    The Grantee herein <u>was</u> the foreclosing beneficiary.
        The amount of the unpaid debt together with costs was.........:$379,897.46.
        The amount paid by the grantee at the trustee sale was .........$292,000:00
   2)    The documentary transfer tax $0.00
   3)    Said property is in the City of Highland
And THE MORTGAGE LAW FIRM, PLC (herein called Trustee), as the duly appointed Trustee or
substituted Trustee under the Deed of Trust hereinafter described, does hereby grant and convey,
but without covenant or warranty, express or implied, to U.S. BANK NATIONAL
ASSOCIATION, (herein called Grantee), all of its right, title and interest in and to that certain
property situated in the County of San Bernardino, State of California, described as follows:
**See attached exhibit A**

**Situs: 7685 Stoney Creek Court, Highland, CA 92346**

This conveyance is made pursuant to the powers conferred upon Trustee by that certain Deed of Trust
dated 03/28/2006 and executed by Lawrence Dean White and Patricia A. White, Husband and
Wife, as Trustor, and Recorded 04/13/2006, in Book xx, Page xx, Instrument No. 2006-0252551 of
official records of San Bernardino County, California, and after fulfillment of the conditions specified
in said Deed of Trust authorizing this conveyance.

Default occurred as set forth in a Notice of Default and Election to Sell which was recorded in the
Office of the Recorder of said County, and such default still existed at the time of sale.

## TRUSTEE'S DEED UPON SALE

Trustee Sale No.█████

All requirements of law regarding the mailing of copies of notices or the publication of a copy of the Notice of Default or the personal delivery of the copy of the Notice of Default and the mailing, posting and publication of copies of the Notice of Trustee's Sale have been complied with.

Trustee, in compliance with said Notice of Trustee's Sale and in exercise of its powers under said Deed of Trust, sold the herein described property at public auction on 12/31/2018. Grantee, being the highest bidder at said sale, became the purchaser of said property for the amount bid being $292,000.00 in lawful money of the United States, or by credit bid if the Grantee was the beneficiary of said Deed of Trust at the time of said Trustee's Sale.

DATE: January 3, 2019

THE MORTGAGE LAW FIRM, PLC

*Adriana Durham*

**Adriana Durham, Foreclosure Manager**

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of CALIFORNIA                    }SS
County of RIVERSIDE

On JANUARY 3, 2019 _____ before me, R. MANLULU _____, a Notary Public, personally appeared ___Adriana Durham___ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal

Notary Public

> R. MANLULU
> Notary Public - California
> Riverside County
> Commission # 2172686
> My Comm. Expires Nov 19, 2020

(This area for Official Notary Seal)

Customer Reference: ███

## EXHIBIT A

### LEGAL DESCRIPTION

THE LAND REFERRED TO IN THIS GUARANTEE IS SITUATED IN THE STATE OF **CALIFORNIA**, COUNTY OF **SAN BERNARDINO**, AND IS DESCRIBED AS FOLLOWS:

LOT 142, TRACT NO. 14398-1, IN THE CITY OF HIGHLAND, COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA, AS PER PLAT RECORDED IN BOOK 249 OF MAPS, PAGES 30 TO 32, INCLUSIVE, RECORDS OF SAID COUNTY; AND AMENDED BY CERTIFICATE OF CORRECTION RECORDED APRIL 23, 1993, INSTRUMENT NO. 93-175491, OFFICIAL RECORDS.

EXCEPT THEREFROM, GRANTOR HEREBY EXPRESSLY RESERVES UNTO HIMSELF, THE EXCLUSIVE RIGHT TO THE OWNERSHIP OF ALL MINERAL, OIL, GAS, PETROLEUM, OTHER HYDROCARBON SUBSTANCES AND ALL GEOTHERMAL RESOURCES THAT MAY NOW OR HEREAFTER BE FOUND, LOCATED, CONTAINED, DEVELOPED OR TAKEN ON, IN, UNDER OR FROM SAID LAND, OR ANY PART THEREOF, WITHOUT, HOWEVER, ANY RIGHT TO SURFACE ENTRY OR RIGHT OF ENTRY TO THE SUBSURFACE THEREOF, TO A DEPTH OF 500 FEET BENEATH THE SURFACE OF SAID PROPERTY FOR THE DEVELOPMENT, REMOVAL OR OTHER EXPLOITATION OF SAID RESOURCES OR SUBSTANCES.

Assessor's Parcel Number: 1201-121-16-0-000

EXHIBIT "B"

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| The Mortgage Law Firm, PLC<br>27455 Tierra Alta Way<br><br>Temecula        CA        92590 | (619) 465-8200 | |

ATTORNEY FOR (Name

Insert of Court Name of Judicial District and Branch Court if any

SHORT TITLE OF CASE
U.S. Bank v. White

| | (HEARING) Date | Time | Dept | Case Number: |
|---|---|---|---|---|
| | | | | REFERENCE NO. |

## PROOF OF SERVICE

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED THE:

   NOTICE TO QUIT
   ALTERNATIVE NINETY (90) DAY NOTICE
   NOTICE TO QUIT - C.C.P. SECTION 1161 a(b)(3)
   NOTICE TO ANY RENTER LIVING AT: 7685 STONEY CREEK

BY SERVING SAID NOTICE AS AUTHORIZED BY C.C.P. 1162(2,3)

TO THE TENANT:     LAWRENCE DEAN WHITE, AN INDIVIDUAL,

                   PATRICIA A. WHITE, AN INDIVIDUAL , ALL OCCUPANTS, TENANTS, OR SUBTENANTS

        ON:   2/11/2019     TIME OF DELIVERY: 1:26:00 PM

BY POSTING A COPY OF SAID NOTICE IN A CONSPICUOUS PLACE ON THE PROPERTY THEREIN DESCRIBED, THERE BEING NO PERSON OF SUITABLE AGE OR DISCRETION TO BE FOUND AT ANY KNOWN PLACE OF RESIDENCE OR BUSINESS OF SAID TENANT; AND MAILING A COPY TO SAID TENANT BY DEPOSITING SAID COPIES IN THE UNITED STATES MAIL IN A SEALED ENVELOPE WITH POSTAGE FULLY PREPAID, ADDRESSED TO THE TENANT AT:

ADDRESS:  7685 Stoney Creek Court                    ON  2/11/2019
          Highland           CA           92346

| 7a. Person Serving: | Cheri L.      Siple | d. The fee for service was | $118.90 |
|---|---|---|---|

e. I am:

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

(1)      not a registered California process server:
(3) X    registered California process server:
         (i) Independent Contractor

c. (714) 662-5555
         (i) Registration No:                    1658
         (i) County:   SAN BERNARDINO

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.     Cheri L.      Siple

2/21/2019

x _____
                    SIGNATURE



**THE MORTGAGE**
**L A W   F I R M**

Jason L. Cotton CA, HI
James F. Lewin CA, WA
Christina M. Harper AZ, UT
Renee Parker CA, WA, OR
Alex C. Schulz AZ

February 8, 2019                                                          TS# ▮▮▮▮

## NOTICE TO QUIT

TO:   LAWRENCE DEAN WHITE, an individual
      PATRICIA A. WHITE, an individual
      ALL OCCUPANTS, TENANTS, OR SUBTENANTS
      7685 Stoney Creek Court
      Highland, CA 92346

NOTICE IS HEREBY GIVEN THAT U.S. Bank National Association, or its predecessor in interest, acquired title to the Premises at a foreclosure sale held on December 31, 2018.

NOTICE IS FURTHER GIVEN THAT California law grants certain rights and protection to any occupants of the Premises who is a tenant, as defined by C.C.P. § 1161b(b). U.S Bank National Association, or its predecessor in interest is informed and believes that no occupant of the Premises is a tenant as defined by C.C.P. § 1161b(b). This Notice is given, in part, to provide any occupant the opportunity, prior to the commencement of the eviction action for possession, to provide acceptable evidence to show that the occupant is entitled to the protection of C.C.P. § 1161b(b).

### THREE (3) DAY NOTICE TO VACATE.

If you are the former owner or a person who is not a tenant under C.C.P. § 1161b(b), U.S Bank National Association, or its predecessor in interest terminates any and all right to occupancy and instructs you to vacate the Premises no later than three (3) days following service of this notice.

NOTICE IS HEREBY GIVEN that (i) within three (3) days after service on you of this Notice in the event you are the original owner or a successor owner of the property or (ii) within ninety (90) days after service on you of this Notice in the event that you are a tenant or subtenant of the property, and not one of the owners of the property, you are required to quit and deliver up possession of the premises to the undersigned, who is authorized to receive the same. If you fail to deliver possession this office will institute legal proceedings against you to recover possession of said premises.

**FEDERAL LAW REQUIRES US TO NOTIFY YOU THAT THIS OFFICE MAY BE ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE.**

CALIFORNIA OFFICE: 27455 TIERRA ALTA WAY, STE. B, TEMECULA, CA 92590, (619) 465-8200
ARIZONA OFFICE: 2999 N. 44TH STREET, SUITE 625, PHOENIX, ARIZONA 85018



# THE MORTGAGE LAW FIRM

Jason L. Cotton CA, HI
James F. Lewin CA, WA
Christina M. Harper AZ, UT
Renee Parker CA, WA, OR
Alex C. Schulz AZ

You are required to quit and deliver possession of the premises as that they were duly sold. Title to the property has been duly perfected.

### ALTERNATIVE NINETY (90) DAY NOTICE

*In the event any occupant of the Premises is a tenant as defined by C.C.P. § 1161b(b), this letter is the NINETY (90) DAY Notice to Vacate as required by C.C.P. § 1161b(b).*

Thus, all occupants are required within three (3) days after receipt by you of this Notice EITHER to produce acceptable evidence to this law firm that the occupant is entitled to the protections of C.C.P. § 1161b(b) OR to vacate and surrender possession of the Premises to U.S. Bank, National Association, its agent, Bill Davis who can be reached at (972) 755-3731, 9:00 a.m. to 5:00 p.m. on all business days. Failure to supply the acceptable evidence or to vacate within that time will result in an eviction proceeding of the Premises being filed. Please see the next paragraph for instructions on how to supply this evidence. THE EVICTION WILL BE FILED WITHIN THREE (3) DAYS OF SERVICE, UNLESS YOU ARE A TENANT PROTECTED BY C.C.P. § 1161b(b).

### TENANT INFORMATION

**IF YOU BELIEVE YOU QUALIFY AS A TENANT UNDER C.C.P. § 1161b(b)** of the prior owner, you MUST provide the following documents:

1.    A copy of your lease (or, if your lease is oral, proof of rent payments)
2.    A return phone number and the best time to reach you
3.    The receipt for the last six (6) payments made to the landlord for the residence (or the length of time you have resided in the property, if less than six (6) months)

By mail, fax or in person to:

     The Mortgage Law Firm, PLC
     27455 Tierra Alta Way, Ste B
     Temecula, CA 92590
     Fax: 951-308-0055

For any questions, please do not hesitate to contact us at (619) 465-8200 or email me at James.Lewin@mtglawfirm.com.

DATED: February 08, 2019

            THE MORTGAGE LAW FIRM, PLC
            James F. Lewin, Esq.,
            Attorney for U.S. Bank, National Association

**FEDERAL LAW REQUIRES US TO NOTIFY YOU THAT THIS OFFICE MAY BE ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE.**
CALIFORNIA OFFICE: 27455 TIERRA ALTA WAY, STE. B, TEMECULA, CA 92590, (619) 465-8200
ARIZONA OFFICE: 2999 N. 44TH STREET, SUITE 625, PHOENIX, ARIZONA 85018



Jason L. Cotton CA, HI
James F. Lewin CA, WA
Christina M. Harper AZ, UT
Renee Parker CA, WA, OR
Alex C. Schulz AZ

## NOTICE TO QUIT
### C.C.P. SECTION 1161a(b)(3)

TO:    LAWRENCE DEAN WHITE, an individual
PATRICIA A. WHITE, an individual
ALL OCCUPANTS, TENANTS, OR SUBTENANTS
7685 Stoney Creek Court,
Highland, CA 92346

NOTICE IS HEREBY GIVEN that (i) within three (3) days after service on you of this Notice in the event you are the original owner or a successor owner of the property or (ii) within ninety (90) days after service on you of this Notice in the event that you are a tenant or subtenant of the property, and not one of the owners of the property, you are required to quit and deliver up possession of the premises to the undersigned, who is authorized to receive the same. If you fail to deliver possession this office will institute legal proceedings against you to recover possession of said premises and for rents or damages as provided by law, including up to $600 (six hundred dollars) in addition to the actual damages.

You are required to quit and deliver possession of the premises as that they were duly sold in accordance with Section 2924 of the Civil Code of the State of California under the power of sale contained in the Deed of Trust encumbering the property. Title to the property has been duly perfected.

This Notice to you is given pursuant to the provisions of Section 1161a(b)(3) and 1161(b) of the Code of Civil Procedure of the State of California. If you have any questions please contact our office at (619) 465-8200, or email me at James.Lewin@mtglawfirm.com.

DATED:  February 8, 2019

THE MORTGAGE LAW FIRM, PLC
James F. Lewin, Esq.
Attorney for U.S. Bank, National Association

FEDERAL LAW REQUIRES US TO NOTIFY YOU THAT THIS OFFICE MAY BE ATTEMPTING TO COLLECT A
DEBT. ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE.
CALIFORNIA OFFICE: 27455 TIERRA ALTA WAY, STE. B, TEMECULA, CA 92590, (619) 465-8200
ARIZONA OFFICE: 2999 N. 44TH STREET, SUITE 625, PHOENIX, ARIZONA 85018

February 8, 2019

Notice to Any Renters Living at: 7685 Stoney Creek Court, Highland, CA 92346

The attached notice means that your home was recently sold in foreclosure and the new owner plans to evict you.

You should talk to a lawyer NOW to see what your rights are. You may receive court papers in a few days. If your name is on the papers, it may hurt your credit if you do not respond and simply move out.

Also, if you do not respond within five (5) days of receiving the papers, even if you are not named in the papers, you will likely lose any rights you may have. In some cases, you can respond without hurting your credit. You should ask a lawyer about it.

You may have the right to stay in your home for ninety (90) days or longer, regardless of any deadlines stated on any attached papers. In some cases and in some cities with a "just cause for eviction law," you may not have to move at all. But you must take the proper legal steps in order to protect your rights.

How to Get Legal Help

If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.



Jason L. Cotton CA, HI
James F. Lewin CA, WA
Christina M. Harper AZ, UT
Renee Parker CA, WA, OR
Alex C. Schulz AZ

February 8, 2019

RE:    MILITARY SERVICE MEMBERS NOTICE
         7685 Stoney Creek Court, Highland, CA 92346

Dear Occupant:

Our office represents the current owner of the above-referenced property, which obtained the property as a result of the foreclosure sale held on **December 31, 2019.**  Attached is a copy of the recorded Deed.  The current owner plans to evict you.

We are writing to notify you that military service members on "active duty" or "active service," or a dependent of such a service member may be entitled to certain legal protections pursuant to the Service members Civil Relief Act (50 USC App. §§501-596)(SCRA).  If you believe that you may be eligible for such protection, please contact our office within ten (10) calendar days from the date of this letter.

Sincerely,

James F. Lewin, Esq.
THE MORTGAGE LAW FIRM, PLC
Phone: (619) 465-8200
Fax:     (951) 308-0055

**FEDERAL LAW REQUIRES US TO NOTIFY YOU THAT THIS OFFICE MAY BE ATTEMPTING TO COLLECT A DEBT.  ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE.**

CALIFORNIA OFFICE: 27455 TIERRA ALTA WAY, STE B, STE. B, TEMECULA, CA  92590, (619) 465-8200
ARIZONA OFFICE: 2999 N. 44TH STREET, SUITE 625, PHOENIX, ARIZONA 85018

# EXHIBIT "C"

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|---|
| The Mortgage Law Firm, PLC<br>27455 Tierra Alta Way<br><br>Temecula        CA        92690 | | (619) 465-8200 | |
| ATTORNEY FOR (Name) | | | |
| Insert of Court Name of Judicial District and Branch Court if any | | | |
| SHORT TITLE OF CASE<br>U.S. Bank v. White | | | |
| | (HEARING) Date        Time        Dept | | Case Number:<br><br>REFERENCE NO. |

### PROOF OF SERVICE

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS
ACTION, AND I SERVED THE:

NOTICE TO QUIT
ALTERNATIVE NINETY (90) DAY NOTICE
NOTICE TO QUIT - C.C.P. SECTION 1161 a(b)(3)
NOTICE TO ANY RENTER LIVING AT: 7685 STONEY CREEK

BY SERVING SAID NOTICE AS AUTHORIZED BY C.C.P. 1162(2,3)

TO THE TENANT:     LAWRENCE DEAN WHITE, AN INDIVIDUAL,

PATRICIA A. WHITE, AN INDIVIDUAL , ALL OCCUPANTS, TENANTS,
OR SUBTENANTS

ON:   2/11/2019      TIME OF DELIVERY:  1:26:00 PM

BY POSTING A COPY OF SAID NOTICE IN A CONSPICUOUS PLACE ON THE PROPERTY
THEREIN DESCRIBED, THERE BEING NO PERSON OF SUITABLE AGE OR DISCRETION TO
BE FOUND AT ANY KNOWN PLACE OF RESIDENCE OR BUSINESS OF SAID TENANT; AND
MAILING A COPY TO SAID TENANT BY DEPOSITING SAID COPIES IN THE UNITED STATES
MAIL IN A SEALED ENVELOPE WITH POSTAGE FULLY PREPAID, ADDRESSED TO THE
TENANT AT:

ADDRESS: 7685 Stoney Creek Court            ON  2/11/2019
Highland            CA        92346

| 7a. Person Serving:     Cheri L.        Siple | d. The fee for service was        $118.90 |
|---|---|
| | e. I am: |
| | (1)      not a registered California process server: |
| b. DDS Legal Support<br>2900 Bristol St<br>Costa Mesa, Ca 92626 | (3) X    registered California process server: |
| | (i) independent Contractor |
| | (i) Registration No:        1658 |
| c. (714) 662-5555 | (i) County:   SAN BERNARDINO |

8. I declare under the penalty of perjury under the laws of the State of California that the
foregoing is true and correct.     Cheri L.        Siple

2/21/2019

x _(signature)_
SIGNATURE

### PROOF OF SERVICE

CRC 982(A)(23)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19

## DECLARATION OF SERVICE

I am a resident of the State of California and over the age of 18 years and not a party to or interested in this matter. I am an employee of The Mortgage Law Firm, PLC, and my business address is 27455 Tierra Alta Way, Ste. B, Temecula, California 92590. On February 8, 2019, I served the following documents: SERVICEMEMBERS CIVIL RELIEF ACT LETTER by:

- ■ MAIL: by placing a true copy(ies) of the document(s) in a sealed envelope(s) for collection and mailing in the outgoing mail in my office for deposit in the United States mail, addressed as shown below. I am readily familiar with the business practice at my place of business for collection and processing of outgoing mail with the United States Postal Service. On the same day that the outgoing mail is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

- □ OVERNIGHT DELIVERY: by enclosing, true copies of the documents in a sealed envelopes or package provided by an overnight delivery carrier addressed as shown below. I placed the envelope or package for collection and overnight delivery, with postage fully prepaid, at an office or a regularly utilized drop box of the overnight delivery carrier or the envelope or package was picked up from my firm by the overnight delivery carrier.

Said document(s) was/were served on the following persons:

| Lawrence Dean White, an individual<br>7685 Stoney Creek Court<br>Highland, CA 92346 | ALL OCCUPANTS, TENANTS, OR SUBTENANTS<br>7685 Stoney Creek Court<br>Highland, CA 92346 |
| --- | --- |
| Patricia A. White, an individual<br>7685 Stoney Creek Court<br>Highland, CA 92346 | |

20
21
22
23
24
25
26
27
28

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on February 8, 2019, at Temecula, California.

James F. Lewin

1
DECLARATION OF SERVICE



Jason L. Cotton CA, HI
James F. Lewin CA, WA
Christina M. Harper AZ, UT
Renee Parker CA, WA, OR
Alex C. Schulz AZ

Reply to: 27455 Tierra Alta Way, Ste. B, Temecula, CA 92590
Tel: 619-465-8200
FAX: 951-308-0055

February 8, 2019

ALL OCCUPANTS, TENANTS, OR SUBTENANTS
7685 Stoney Creek Court
Highland, CA 92346

Re:   7685 Stoney Creek Court, Highland, CA 92346
      TS No. ███████

Our office represents the current owner of the property referenced above. The current owner obtained the property as a result of a Foreclosure Deed recorded on January 07, 2019.

We write to notify you that military servicemembers on "active duty" or a dependent of such servicemember may be entitled to certain legal protections pursuant to the Servicemembers Civil Relief Act (50 USC App. §§ 501-596).

If you believe you may be entitled to such protection, please contact our office at (619) 465-8200.

THE MORTGAGE LAW FIRM, PLC

FEDERAL LAW REQUIRES US TO NOTIFY YOU THAT THIS OFFICE MAY BE ATTEMPTING TO COLLECT A
DEBT. ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE.

CALIFORNIA OFFICE: 27455 TIERRA ALTA WAY, STE. B, TEMECULA, CA  92590, (619) 465-8200
ARIZONA OFFICE: 2999 N. 44TH STREET, SUITE 625, PHOENIX, ARIZONA 85018

# EXHIBIT "D"

AFFIDAVIT OF MILITARY STATUS

PROPERTY:   7685 Stoney Creek Court, Highland, CA 92346
TS: ███████

STATE OF CALIFORNIA          }
                             }
COUNTY OF SAN BERNARDINO      }

I, James F. Lewin, being duly sworn, depose and say:

On April 5, 2019, this affidavit is being executed upon the expiration of a mailed Letter requesting confirmation of Military Status.

As the current occupants are believed to be tenants, a Social Security Number is not readily available. On February 8, 2019, a Letter requesting confirmation of Military Status was mailed to the subject premises located at 7685 Stoney Creek Court, Highland, CA 92346 ("Property") with instructions to respond to the offices of The Mortgage Law Firm, PLC, on behalf of the Plaintiff. As of this date, no confirmation of Military Status has been received, and Plaintiff's due diligence has been completed. A DODMDC check was also conducted for the named Defendants which showed no active military status.

Because there is no social security number connected with the "All Unknown Occupants", no request for military status may be obtained through the DODMDC. Accordingly, there is no possible way to determine the military status of "All Unknown Occupants" because their identities are, by definition, unknown.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

See Attached

_____
THE MORTGAGE LAW FIRM PLC
James F. Lewin, Esq.